IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY F. WASHINGTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-G-0750-S |
| | ) |
| WARDEN GRANT CULLIVER; ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) ) ) |
| Respondents.. | ) |

## JUDGMENT

In conformity with the Memorandum of Opinion filed contemporaneously herewith, it is hereby ORDERED, ADJUDGED and DECREED that:

(1) petitioner's objections are OVERRULED;

(2) the Court ADOPTS the findings and ACCEPTS the recommendation of the magistrate judge;

(3) the petition for writ of habeas corpus is DISMISSED with prejudice as untimely.

DONE and ORDERED 15 February 2005.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.